# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__TRAVEll maurice lynn Weakley__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__William J. Redman__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:23-cv-1010__
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
NOV 24 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] William J. Redman | 401 W. Sample St (Sheriff) South Bend, IN 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Olmstead | 401 W. Sample St (Warden) South Bend, IN 46601 |
| 3 | Zawistowski | 401 W. Sample St (Captain) South Bend, IN 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? __St. Joseph county Jail 401 W. Sample St South Bend, IN 46601__
3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: ____
4. On what date did this event occur? __November 15th 2023 and ongoing__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On November 15th, 2023 at 1:00pm we went on a lockdown jail wide for an unknown reason we wasn't able to take showers get any cleaning supply to clean our area of control and that's a violation of our right to decent conditions and a violation of overcrowding of our area of control it's unsanitary with 3 people in a cell this is a violation of the 8th Amendment this is cruel and unsual punishment for something we didnot do a pod of unit J5 at the St. Joseph County Jail.² We haven't been able to use the phones to talk to our families and we didn't get an hour out of our cells after being lockdown 24 hours and wasn't in segregation unit without a reason of dispinary action that wasn't committed for people to be lockdown.³ This is cruel and unsual punishment of being incarcerated at the St. Joseph County Jail this has been going on since November 15th, 2023 at 1:00pm and it's November 17th, 2023 we have not gotten items that we paid for off commisary to get the amount of calories we need to survive which is 2,800 calories

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

don't even get on our trays. the food they feed us doesn't meet the nutritional federal standard of portions that we get on a daily basis which means breakfast, lunch, and dinner, chow pass of being incarcerated at the St. Joseph county Jail I'm not the only person this has happen to. it's everyone in this pod of J5 at the St. Joseph county Jail 401 W. Sample St. South Bend, IN 46601 and these orders of lockdown of being Jail wide came from the Sheriff, the Warden, and the captain of the Jail which is a violation of the 8th amendment of the constitution of the United States of America proposed by congress. Below are all the witness and people that are harmed by this situation respectfully submitted, also people are sleeping on the floor and they're are bugs and black mode throughout this Jail it's an safety hazard it needs to be handled properly

NAMES of Victims and Prisoners
Allen Howell - 89-21                    Dante Mosley #328070
Leonard Greer             32937        Travis Shurlibb #312528
Timothy O'Brien  331680
Sylvester Ruton 309660
Zachary Graham 138397
Jonathon Singleton 307828
Sean Donaldson       123128
Christopher Hardy     318353
                      13984
Shaquille Weatherspoon 305534

Additional page

Page 4

On November 19th, 2023 we as inmate Celly's press the intercom to see if Lenard Greer could get moved upstairs to an empty cell with a person that only has 1 person in it. When we have 3 people in our cell they denied the move. We asked was it anywhere else he could move. C/O Ortiz said that the jail was full there was nowhere anyone could move, which is overcrowding a cell when they had a cell open. On this day we press the intercom at 10:10am and it took until 10:15am before they answered with a seizure patient in the room. Also on every other Wednesday of the officers in this facility pay day were lockdown the whole day and don't have time to shower in the time frame of what they call lockdown Wednesday and can't come out our cells to clean or take care of personal hygiene to our basic human needs this is a violation of the 8th Amendment of our Constitutional Rights of the United States of America proposed by congressman. We only get to flush the toilet 2 times an hour with 3 men in one cell, it's unsanitary if 1 person uses the bathroom we have to smell poop for a whole hour before the toilet resets for us to flush again and you have to hold your uses of the bathroom or use it and it just sits there in the toilet and the fumes just arise in the air that is a sanitation hazard. We as a unit only get 1 soap and tissue for free once

A week and one change of clothes per week. Once you come to jail you get 1 toothpaste 1 comb 1 toothbrush and cleaning products come everyday except that lockdown Wednesday every other week, which we should get that as we need do to the 8th amendment. After that you have to write a kite to Inmate Services to get an Indigent kit which you have to pay for after being Indigent for 30 days without money on your account, so if you dont have family support you have to have 1 toothbrush, 1 Maxium security toothpaste which is only 0.85 oz for 30 days before you can claim that your Indigent and need the Indigent kit which is $12.80 that they charge your account to where you will owe them if you get any money on your account from your family other than that you get 1 roll of tissue and 1 soap per week that's it when these things are supposed to be given to us for free by this facility in the time of need of personal hygiene which is part of the 8th amendment of being incarcerated at this facility these are violation of our constitutional rights of the United States proposed by congressman

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because however the jail does not reply to greivance at all

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I'm suing on the behalf of everyone in this pod of J5 at the st. Joseph county jail and order the defendants to pay 30 million dollars for pain and suffering mental anguish and violation of the 8th amendant of the united states of america I respectfully submit this order this is cruel and unusual punishment

[Initial Each Statement]
   X   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   X   I will keep a copy of this complaint for my records.
   X   I will promptly notify the court of any change of address.
   X   I WILL NOT send more than one copy of any filing to the court.
   X   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   X   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11/21/2023 at 10:45 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____    135019
Signature                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]