UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRAVELL MAURICE LYNN WEAKLEY, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-1010-JD-JEM |
| WILLIAM J. REDMAN, OLMSTEAD, and ZAWISTOWSKI, | |
| Defendants. | |

ORDER

Travell Maurice Lynn Weakley, a prisoner without a lawyer, was granted leave to proceed in forma pauperis on November 29, 2023, and ordered to pay an initial partial filing fee. ECF 3. He did not pay and was ordered to show cause by February 26, 2024. ECF 4. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on March 13, 2024

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT